# *United States District Court*
## CIVIL MINUTES - GENERAL

In Re: **3M Combat Arms Earplug Products Liability Litigation**

Date: **March 25, 2024**
Case No.: **3:19md2885**

Relates to: **9:23-cv-02891 (Mateega, Philip)**

Judge M. Casey Rodgers
Magistrate Judge Hope T. Cannon

**DOCKET ENTRY: Status Conference.** Pro Se Plaintiff did not appear, case is dismissed with prejudice.

**PRESENT:**

| Honorable **M. Casey Rodgers** United States District Judge | Francie Berger Law Clerk | Barbara Rogers Deputy Clerk | Donna Boland Court Reporter |

**APPEARANCES:**

**Lead Counsel for Plaintiff:** N/A

**Lead Counsel for Defendants 3M Co. and Aearo:** Charles Beall, Moore, Hill & Westmoreland, P.A.

**PROCEEDINGS:**

10:08 am  Court in Session
          Plaintiff did not appear, case dismissed with prejudice.
10:10 am  Court in Recess